IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:07-00263 |
| | ) | JUDGE HAYNES |
| ANN SCARBOROUGH, KENNETH KENNEDY, | ) ) ) | |
| Defendants. | ) ) | |

## JURY VERDICT

### Count One

1. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count One:

    __✓__ Guilty  _____ Not Guilty

2. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count One:

    _____ Guilty  __✓__ Not Guilty

### Count Two

3. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Two:

    __✓__ Guilty  _____ Not Guilty

4. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Two:

    _____ Guilty  __✓__ Not Guilty

### Count Three

5. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Three:

    __✓__ Guilty  _____ Not Guilty

6. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Three:

    _____ Guilty  __✓__ Not Guilty

1

## Count Four

7. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Four:

   __✓__ Guilty  _____ Not Guilty

8. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Four:

   _____ Guilty  __✓__ Not Guilty

## Count Five

9. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Five:

   __✓__ Guilty  _____ Not Guilty

10. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Five:

    __✓__ Guilty  _____ Not Guilty

## Count Six

11. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Six:

    __✓__ Guilty  _____ Not Guilty

12. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Six:

    __✓__ Guilty  _____ Not Guilty

## Count Seven

13. Do you find the defendant, Ann Scarborough, guilty of wire fraud, as charged in Count Seven:

    __✓__ Guilty  _____ Not Guilty

14. Do you find the defendant, Kenneth Kennedy, guilty of wire fraud, as charged in Count Seven:

    __✓__ Guilty  _____ Not Guilty

## Count Eight

15. Do you find the defendant, Ann Scarborough, guilty of mail fraud, as charged in Count Eight:

    _____ Guilty  __✓__ Not Guilty

16. Do you find the defendant, Kenneth Kennedy, guilty of mail fraud, as charged in Count Eight:

    __✓__ Guilty  _____ Not Guilty

### Count Nine

17. Do you find the defendant, Ann Scarborough, guilty of mail fraud, as charged in Count Nine:

    _____ Guilty  __✓__ Not Guilty

18. Do you find the defendant, Kenneth Kennedy, guilty of mail fraud, as charged in Count Nine:

    __✓__ Guilty  _____ Not Guilty

### Count Ten

19. Do you find the defendant, Ann Scarborough, guilty of mail fraud, as charged in Count Ten:

    _____ Guilty  __✓__ Not Guilty

20. Do you find the defendant, Kenneth Kennedy, guilty of mail fraud, as charged in Count Ten:

    __✓__ Guilty  _____ Not Guilty

### Count Eleven

21. Do you find the defendant, Ann Scarborough, guilty of mail fraud, as charged in Count Eleven:

    _____ Guilty  __✓__ Not Guilty

22. Do you find the defendant, Kenneth Kennedy, guilty of mail fraud, as charged in Count Eleven:

    __✓__ Guilty  _____ Not Guilty

### Count Twelve

23. Do you find the defendant, Ann Scarborough, guilty of mail fraud, as charged in Count Twelve:

    _____ Guilty  __✓__ Not Guilty

24. Do you find the defendant, Kenneth Kennedy, guilty of mail fraud, as charged in Count Twelve:

    __✓__ Guilty  _____ Not Guilty

3

## Count Twenty

25. Do you find the defendant, Ann Scarborough, guilty of money laundering, as charged in Count Twenty:

    __✓__ Guilty    _____ Not Guilt

__10/20/10__
Date

__███████████████__
Foreperson's Signature

4