REV 5/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

(list each defendant appearing at hearing)

) Case No.:
) Judge:
) Hearing Date:
) Location: ◯ Nashville  ◯ Columbia  ◯ Cookeville
) Court Reporter:
) Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s):

Defense Attorney(s):

## TRIAL PROCEEDINGS

1. JuryTrial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Total Time in Court:

KEITH THROCKMORTON, Clerk
by: